Lisa Simonetti (SBN 165996)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7824
Facsimile: (310) 365-5717
simonettil@gtlaw.com

Deepi Miller (SBN 272497)
Taylor Hall (SBN 339834)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
millerde@gtlaw.com
hallt@gtlaw.com

Attorneys for Defendant
U.S. BANCORP and
U.S. BANK NATIONAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER FONG, individually and on behalf of all others similarly situated, and<br><br>SUT FONG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. BANCORP, and<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>      Defendants. | CASE NO. 2:22-cv-01291-MCE-KJN<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: July 21, 2022<br><br>[EDCA Local Rule 144] |

Pursuant to Eastern District Local Rule 144, Plaintiffs PETER FONG and SUT FONG and Defendants U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION ("Defendants"), by and through their designated counsel, hereby stipulate and request entry of an order as follows:

WHEREAS, Plaintiffs' Complaint was properly served on both Defendants in this matter on July 22, 2022;

WHEREAS, on August 8, 2022, the Parties stipulated that Defendants would have an extension of time to respond to the Complaint by not more than twenty-eight (28) days, as permitted without leave of court pursuant to Local Rule 144(a) [ECF 6];

WHEREAS, Defendants' current deadline to file a response to Plaintiffs' Complaint is September 9, 2022;

WHEREAS, the Parties have agreed to a second extension of five (5) additional days for Defendants to respond to Plaintiffs' Complaint, through and including September 14, 2022, as counsel for Defendants was unexpectedly out on bereavement;

The Parties have met and conferred and agree that Defendants may have an additional five (5) day extension to respond to the Complaint through September 14, 2022;

IT IS SO STIPULATED.

Dated:  September 7, 2022          CALABRO LAW OFFICE

By: */s/ J. Toji Calabro*
    J. Toji Calabro

    Attorney for Plaintiffs
    PETER FONG and SUT FONG

DATED: September 7, 2022          GREENBERG TAURIG, LLP

By: */s/ Deepi Miller*
    Lisa Simonetti
    Deepi Miller
    Taylor Hall

    Attorneys for Defendants
    U.S. BANCORP and
    U.S. BANK NATIONAL ASSOCIATION

**ATTESTATION OF FILER**

I, Deepi Miller, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 131(e). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: September 7, 2022                    By:   */s/ Deepi Miller*
                                                  Deepi Miller

**ORDER**

The Court, having reviewed the stipulation to extend time for Defendants to file their response to Complaint orders as follows:

Defendants have up to and including September 14, 2022 to file its response to Complaint.

IT IS SO ORDERED.

Dated:  September 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE