1  Lisa Simonetti (SBN 165996)
   GREENBERG TRAURIG, LLP
2  1840 Century Park East, Suite 1900
   Los Angeles, CA 90067
3  Telephone: (310) 586-7824
   Facsimile: (310) 365-5717
4  simonettil@gtlaw.com

5  Deepi Miller (SBN 272497)
   Taylor Hall (SBN 339834)
6  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
7  Sacramento, CA  95814-3938
   Telephone: (916) 442-1111
8  Facsimile: (916) 448-1709
   millerde@gtlaw.com
9  hallt@gtlaw.com

10 Attorneys for Defendant
   U.S. BANCORP and
11 U.S. BANK NATIONAL ASSOCIATION

12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  PETER FONG, individually and on behalf of all others similarly situated, and | CASE NO.  2:22-cv-01291-MCE-KJN |
| 17  SUT FONG, individually and on behalf of all others similarly situated, | **STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS OR, ALTERNATIVELY, STAY PROCEEDINGS** |
| 19           Plaintiffs, | |
| 20   v. | |
| 21  U.S. BANCORP, and | Complaint Filed:  July 21, 2022 |
| 22  U.S. BANK NATIONAL ASSOCIATION, | [EDCA Local Rule 144] |
| 23           Defendants. | |

24

25

26

27

28

Plaintiffs PETER FONG and SUT FONG and Defendants U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION, by and through their designated counsel, hereby state as follows:

WHEREAS, Defendants filed their Motion to Compel Arbitration on September 14, 2022;

WHEREAS, Plaintiffs timely filed their Opposition to Defendants' Motion on September 28, 2022;

WHEREAS, Counsel for Defendants represent that they became aware on October 6, 2022, that the legal holiday on October 10, 2022, is also a bank holiday, such that Defendants are closed on October 10, which closure will impact Defendants' ability to finalize their Reply to the Motion to Compel Arbitration ("Reply");

WHEREAS, it is Defendants' position that Plaintiffs are not prejudiced by the extension as they do not have any further responsive deadline, and because the Court previously submitted the Motion on the briefs, alleviating the need to prepare for any upcoming oral argument;

WHEREAS, Defendants file this Stipulation and Proposed Order pursuant to Eastern District Local Rule 144 and Fed. R. Civ. P. 6, with the understanding the Court must approve any extension;

WHEREAS, Defendants have not requested any previous extension relating to their Reply; and

WHEREAS, Plaintiffs dispute and do not join Defendants' representations and positions above but, as a courtesy, agree to an extension for Defendants to file their Reply by October 12, 2022,

IT IS HEREBY STIPULATED AND AGREED THAT the deadline for Defendants to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration is October 12, 2022, one day after the current deadline.

**IT IS SO STIPULATED.**

Dated:  October 7, 2022         CALABRO LAW OFFICE

                        By:     /s/ J. Toji Calabro
                                J. Toji Calabro

                                Attorneys for Plaintiffs
                                PETER FONG and SUT FONG

DATED: October 7, 2022                    GREENBERG TRAURIG, LLP

                                                   By:   /s/ Deepi Miller
                                                           Lisa Simonetti
                                                           Deepi Miller
                                                           Taylor Hall

                                                           Attorneys for Defendants
                                                           U.S. BANCORP and
                                                           U.S. BANK NATIONAL ASSOCIATION

## **ATTESTATION OF FILER**

I, Deepi Miller, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 131(e). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED:  October 7, 2022                    By:   */s/ Deepi Miller*
                                                                     Deepi Miller

**ORDER**

The Court, having considered the Stipulation to Extend Time to File Reply to Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration and Dismiss or, Alternatively, Stay Proceedings, and for good cause shown, ORDERS the following:

The Stipulation to Extend Time is GRANTED. Defendants' deadline for responding to Plaintiffs' Opposition is October 12, 2022, rather than October 11, 2022.

Defendants' unopposed Motion for Extension of Time (ECF No. 20) is DENIED as moot.

IT IS SO ORDERED.

DATED: October 12, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE