## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PETER FONG, ET AL.,**

CASE NO: **2:22–CV–01291–MCE–KJN**

v.

**U.S. BANCORP, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/17/23**

                                 **Keith Holland**
                                 Clerk of Court

ENTERED: **August 17, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk