

# United States District Court
# Eastern District of California

| Peter Fong, et al., | Case Number: 2:22-cv-01291-DC-CSK |
|---|---|
| Plaintiff(s) | |
| V. | |
| U.S. Bancorp, et al., | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael M. Krauss hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendants U.S. Bancorp and U.S. Bank National Association

On 11/17/2004 (date), I was admitted to practice and presently in good standing in the Supreme Court of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/06/2025          Signature of Applicant: /s/ Michael M. Krauss

**Pro Hac Vice Attorney**

Applicant's Name: Michael M. Krauss
Law Firm Name: Greenberg Traurig, LLP
Address: 90 South Seventh Street
Suite 3500
City: Minneapolis   State: MN   Zip: 55402
Phone Number w/Area Code: (612) 259-9700
City and State of Residence: Edina, MN
Primary E-mail Address: kraussm@gtlaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Karin L. Bohmholdt
Law Firm Name: Greenberg Traurig, LLP
Address: 1840 Century Park East,
Suite 1900
City: Los Angeles   State: CA   Zip: 90067-2121
Phone Number w/Area Code: (310) 586-3819   Bar #: 234929

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 7, 2025

Dena Coggins
United States District Judge